HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN KRUEGER,

                Plaintiff,

          v.

SEABOURN CRUISE LINE LIMITED, a
Bermuda Corporation; HOLLAND
AMERICA LINE N.V., L.L.C., a Netherlands
limited liability company; and HOLLAND
AMERICA LINE INC., a Washington for-
profit corporation,

                Defendants.

NO.  2:25-cv-00830-JNW

ORDER TO CONTINUE TRIAL
DATE AND RELATED PRE-TRIAL
DATES

ORDER

Based upon the parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended as follows:

| EVENT: | CURRENT DATE: | PROPOSED DATE: |
| --- | --- | --- |
| Trial Date: | November 16, 2026 | May 17, 2027 |
| Disclosure of Expert Testimony under FRCP 26(a)(2): | April 20, 2026 | October 20, 2027 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2): | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |

ORDER TO CONTINUE TRIAL DATE
(2:25-cv-00830-JNW) - 1

| All motions related to discovery must be filed by: | May 20, 2026 | November 20, 2026 |
|---|---|---|
| Discovery completed by: | June 22, 2026 | December 22, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by: | July 20, 2026 | January 20, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be he4ld no later than: | September 17, 2026 | March 17, 2027 |
| All motions in limine must be filed by: | October 7, 2026 | April 7, 2027 |
| Deposition Designations must be submitted to the Court by: | October 26, 2026 | April 26, 2027 |
| Agreed pre-trial order due: | October 26, 2027 | April 26, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by: | November 2, 2026 | May 3, 2027 |
| Pre-trial conference: | November 9, 2026 | May 10, 2027 |

DATED this 1st of April, 2026 in Seattle, Washington.

_____
The Honorable Jamal N. Whitehead
United States District Court Judge

ORDER TO CONTINUE TRIAL DATE
(2:25-cv-00830-JNW) - 2

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the Honorable Jamal N. Whitehead and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the United States of America and State of Washington that the foregoing is true and correct.

*/s/ Carmen G. Fuala'au*
Carmen G. Fuala'au
cgf@admiralty.com
Paralegal to Richard J. Davies and Marissa A. Olsson
KRAFT DAVIES OLSSON, PLLC
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 624-8844

ORDER TO CONTINUE TRIAL DATE
(2:25-cv-00830-JNW) - 3

**KRAFT DAVIES OLSSON P.L.L.C.**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 624-8844